1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:15-CR-143-JAM

12                 Plaintiff,              STIPULATION REGARDING VACATING
                                           PRELIMINARY EXAMINATION AND REQUEST
13         v.                              FOR STATUS IN DISTRICT COURT; ORDER

14 RAYMOND M. MARTINEZ,                    DATE: February 17, 2016
                                           TIME: 2:00 p.m.
15                 Defendant.              COURT: Hon. Allison Claire

16

17                                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      This matter is currently set for a preliminary examination on February 17, 2016, at 2:00

21 p.m. By this stipulation, the defendant now moves to vacate his request for a preliminary hearing on the

22 supervised release petition (ECF No. 4).

23        2.      The parties agree and stipulate, and request that the Court vacate the preliminary hearing

24 scheduled for February 17, 2016, and set this case for a status conference in front of the District Court

25 Judge, Judge Mendez, on Tuesday, February 23, 2016.

26        IT IS SO STIPULATED.

27

28

Stipulation Regarding Vacating Preliminary Examination and            1
Request for Status in District Court; [Proposed] Order

| | |
|---|---|
| Dated: February 4, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ ROSANNE L. RUST<br>ROSANNE L. RUST<br>Assistant United States Attorney |
| Dated: February 4, 2016 | /s/ NOA OREN<br>NOA OREN<br>Counsel for Defendant<br>RAYMOND M. MARTINEZ |

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: February 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE